## SNEAD v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 42, September Term, 1961.]

*Decided June 15, 1962.*

Before Brune, C. J., and Hammond, Prescott, Horney, Marbury, and Sybert, JJ.

Per Curiam.

The application for leave to appeal from the denial of post conviction relief will be denied for the reasons set forth in Judge Child's opinion below.

*Application denied.*